IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
504 HAMILTON STREET, ROOM 1601
ALLENTOWN, PENNSYLVANIA 18101-1500

| | |
|---|---|
| LIUDVIKAS BUKYS, PAMELA ANN K. BUKYS, H/W INDIVIDUALLY AND LIUDVIKAS BUKYS, AS ADMINISTRATOR OF THE ESTATE OF KATHERINE A. BUKYS, DECEASED, | : CIVIL ACTION : : No. 15-cv-04110 : |
| Plaintiffs, | : HON. JEFFERY L. SCHMEHL |
| v. | |
| RICHARD J. TABOR, M.D.; TEAM HEALTH HOLDINGS, INC. doing business as TEAM HEALTH, ERM MEDICINE; THE POCONO HEALTH SYSTEM doing business as THE POCONO MEDICAL CENTER, | |
| Defendants. | |

## SO ORDERED STIPULATION DISMISSING TEAM HEALTH HOLDINGS, INC. WITHOUT PREJUDICE AND ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiffs, by counsel for defendant Team Health Holdings, Inc. ("THHI"), and by counsel for defendant Richard J. Tabor, M.D. (Dr. Tabor being the only party to have answered to date), that: (1) this action as against THHI only, and all claims and cross-claims asserted therein against THHI, be and hereby are dismissed without prejudice and without costs to any party; (2) in the event a party hereto, or a party added in the future, re-pleads THHI into this action, or THHI is a party to a new action arising from or relating to the facts at issue in this action, this *Stipulation* shall not serve, or be construed, as consent to personal jurisdiction by THHI in this Court or State, creating personal jurisdiction over THHI in this Court or State, or a waiver of any claims, defenses, or rights by THHI or any party, including, but not

limited to, the defense of lack of personal jurisdiction; and (3) plaintiffs be and hereby are given leave to amend the Complaint to name Emergency Care Services of Pennsylvania, P.C. as a Defendant.

MATTIONI, LTD.

By: _____
Eugene Mattioni, Esq.
Attorney I.D. #15291
399 Market Street, Suite 200
Philadelphia, PA 19106
(215) 629-1600
(215) 923-2227 (fax)
E-mail: emattioni@mattioni.com

Attorneys for Plaintiffs

Dated: 10/26/2015, 2015

BECKER LLC

By: _____
A. Wesley Bridges, Jr., Esq.
Attorney I.D. #92650
Woodland Falls Corporate Center
220 Lake Drive East, Suite 102
(856) 779-8700
(856) 779-8716 (fax)
E-mail: wbridges@becker.legal

Attorneys for Team Health Holdings, Inc.

Dated: 10/27, 2015

RAYNOR AND ASSOCIATES, P.C.

By: _____
Nancy Raynor, Esq.
Attorney I.D. #46418
Carolyn Sollecito, Esq.
Attorney I.D. #54489
5 Great Valley Parkway, Suite 355
Malvern, PA 19355
(610) 644-9005
(610) 644-9002 (fax)
nraynor@raynor-assoc.com
Attorneys for Richard J. Tabor, M.D.

Dated: _____, 2015

SO ORDERED this _____ day of _____, 2015

_____
JEFFREY L. SCHMEHL, U.S.D.J.

limited to, the defense of lack of personal jurisdiction; and (3) plaintiffs be and hereby are given leave to amend the Complaint to name Emergency Care Services of Pennsylvania, P.C. as a Defendant.

**MATTIONI, LTD.**                              **BECKER LLC**

By: _____                    By: _____
   Eugene Mattioni, Esq.                           A. Wesley Bridges, Jr., Esq.
   Attorney I.D. #15291                            Attorney I.D. #92650
   399 Market Street, Suite 200                    Woodland Falls Corporate Center
   Philadelphia, PA 19106                          220 Lake Drive East, Suite 102
   (215) 629-1600                                  (856) 779-8700
   (215) 923-2227 (fax)                            (856) 779-8716 (fax)
   E-mail: emattioni@mattioni.com                  E-mail: wbridges@becker.legal

   Attorneys for Plaintiffs                        Attorneys for Team Health Holdings, Inc.

Dated: _____, 2015                  Dated: _____, 2015

**RAYNOR AND ASSOCIATES, P.C.**

By: _____
   Nancy Raynor, Esq.
   Attorney I.D. #46418
   Carolyn Sollecito, Esq.
   Attorney I.D. #54489
   5 Great Valley Parkway, Suite 355
   Malvern, PA 19355
   (610) 644-9005
   (610) 644-9002 (fax)
   nraynor@raynor-assoc.com
   Attorneys for Richard J. Tabor, M.D.

Dated: 10/26/15, 2015

SO ORDERED this _____ day of _____, 2015

_____
JEFFREY L. SCHMEHL, U.S.D.J.